IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BENNIE DONALD CHADWICK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-cv-295-GMB |
| | ) | (WO – Do Not Publish) |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED, and DECREED that the decision of the Commissioner is AFFIRMED.  Judgment is entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Bennie Donald Chadwick, Jr., and this case is DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this 12th day of February, 2016.


_____
/s/ Gray M. Borden
UNITED STATES MAGISTRATE JUDGE